JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

March 10, 2009

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:07-cv-1580-RLV
    U.S.C.A. No.: 08-16875-CC
    In re:     *Zurich American Insurance Company v. Keith O'Hara, et al.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_ Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

\_\_\_\_ This is not the first notice of appeal. Other notices were filed on: .

\_\_\_\_ There is no transcript.

\_\_\_\_ The court reporter is .

\_\_\_\_ There is sealed material as described below: .

  X   **Other: Record on Appeal (2 Vols. of Pldgs).**

\_\_\_\_ Fee paid on .

\_\_\_\_ Appellant has been leave to file *in forma pauperis*.

\_\_\_\_ This is a bankruptcy appeal. The Bankruptcy Judge is .

\_\_\_\_ The Magistrate Judge is .

\_\_\_\_ The District Judge is .

\_\_\_\_ This is a **DEATH PENALTY** appeal.

                                          Sincerely,

                                          James N. Hatten
                                          Clerk of Court

                                   By:  */s/ Kimberly Carter*
                                          Deputy Clerk

Enclosures